AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico

| | | |
|---|---|---|
| VICKY RODRIGUEZ TORRES, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 09-1151 (JP) |
| GOVERNMENT DEVELOPMENT BANK PR, et al. | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   GOVERNMENT DEVELOPMENT BANK OF PUERTO RICO
Roberto Sánchez Vilella Government Center
De Diego Ave. Stop 22
Santurce, PR 00907

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   MIGUEL A. CUADROS PESQUERA
701 PONCE DE LEÓN AVE.
SUITE 215
SAN JUAN, PUERTO RICO 00907
TEL. (787) 725-2652

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: FEB 17 2009

JOSE L. ARROYO
Deputy Clerk

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| VICKY RODRIGUEZ TORRES, et al.<br>*Plaintiff*<br>v.<br>GOVERNMENT DEVELOPMENT BANK PR, et al.<br>*Defendant* | Civil Action No. 09-1151 (JP) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  GOVERNMENT DEVELOPMENT BANK OF PUERTO RICO
SECRETARY OF JUSTICE FOR THE COMMONWEALTH OF PUERTO RICO
CALLE OLIMPO, ESQ. AXTMAYER, MIRAMAR
SAN JUAN, PUERTO RICO 00907

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   MIGUEL A. CUADROS PESQUERA
701 PONCE DE LEON AVE.
SUITE 215, MIRAMAR
SAN JUAN, PUERTO RICO 00907
TEL. (787) 725-2652

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
JOSE L. ARROYO
Deputy Clerk

Date:  FEB 17 2009

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| VICKY RODRIGUEZ TORRES, et al.<br>*Plaintiff*<br>v.<br>GOVERNMENT DEVELOPMENT BANK PR, et al.<br>*Defendant* | )<br>)<br>) Civil Action No. 09 - 1151 (JP)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MARINE COMAS TORRES
Roberto Sánchez Vilella Government Center
De Diego Ave. Stop 22
Santurce, PR 00907

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   MIGUEL A. CUADROS PESQUERA
701 PONCE DE LEÓN AVE.
SUITE 215
SAN JUAN, PUERTO RICO 00907
TEL. (787) 725-2652

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: FEB 17 2009

JOSE L. ARROYO
Deputy Clerk
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| VICKY RODRIGUEZ TORRES, et al. ) <br> *Plaintiff* ) <br> v. ) <br> GOVERNMENT DEVELOPMENT BANK PR, et al. ) <br> *Defendant* ) | Civil Action No. 09-1151 (JP) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  JORGE IRIZARRY HERRANS
SAN JUAN, PUERTO RICO

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     MIGUEL A. CUADROS PESQUERA
701 PONCE DE LEÓN AVE.
SUITE 215
SAN JUAN, PUERTO RICO 00907
TEL. (787) 725-2652

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
**JOSE L. ARROYO**
Deputy Clerk

Date: __FEB 17 2009__

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico

| | |
|---|---|
| VICKY RODRIGUEZ TORRES, et al.<br>*Plaintiff*<br>v.<br>GOVERNMENT DEVELOPMENT BANK PR, et al.<br>*Defendant* | )<br>)<br>)  Civil Action No. 09-1151 (JP)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  LUIS I. ALFARO MARTINEZ
SAN JUAN, PUERTO RICO

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   MIGUEL A. CUADROS PESQUERA
701 PONCE DE LEÓN AVE.
SUITE 215
SAN JUAN, PUERTO RICO 00907
TEL. (787) 725-2652

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

JOSE L. ARROYO
Deputy Clerk

Date: __FEB 17 2009__   _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| VICKY RODRIGUEZ TORRES, et al. <br> *Plaintiff* <br> v. <br> GOVERNMENT DEVELOPMENT BANK PR, et al. <br> *Defendant* | ) ) ) ) ) ) Civil Action No. 09-151-(JP) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  NAPHIS TORRES PADRÓ
SAN JUAN, PUERTO RICO

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   MIGUEL A. CUADROS PESQUERA
701 PONCE DE LEÓN AVE.
SUITE 215
SAN JUAN, PUERTO RICO 00907
TEL. (787) 725-2652

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

**JOSE L. ARROYO**
**Deputy Clerk**

Date: _FEB 17 2009_   _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico

| | |
|---|---|
| VICKY RODRIGUEZ TORRES, et al. ) <br> _Plaintiff_ ) <br> v. ) <br> GOVERNMENT DEVELOPMENT BANK PR, et al. ) <br> _Defendant_ ) | Civil Action No. 2009 - 1151 (JP) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  EDGARDO RODRÍGUEZ NIEVES
Roberto Sánchez Vilella Government Center
De Diego Ave. Stop 22
Santurce, PR 00907

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  MIGUEL A. CUADROS PESQUERA
701 PONCE DE LEÓN AVE.
SUITE 215
SAN JUAN, PUERTO RICO 00907
TEL. (787) 725-2652

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: FEB 17 2009

JOSE L. ARROYO
Deputy Clerk

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| VICKY RODRIGUEZ TORRES, et al. )<br>_Plaintiff_ )<br>v. )<br>GOVERNMENT DEVELOPMENT BANK PR, et al. )<br>_Defendant_ ) | Civil Action No. 09-1151 (JP) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ANGEL PÉREZ RIVERA
Roberto Sánchez Vilella Government Center
De Diego Ave. Stop 22
Santurce, PR 00907

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   MIGUEL A. CUADROS PESQUERA
701 PONCE DE LEÓN AVE.
SUITE 215
SAN JUAN, PUERTO RICO 00907
TEL. (787) 725-2652

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: FEB 17 2009

JOSE L. ARROYO
Deputy Clerk
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico

| | |
|---|---|
| VICKY RODRIGUEZ TORRES, et al.<br>*Plaintiff*<br>v.<br>GOVERNMENT DEVELOPMENT BANK PR, et al.<br>*Defendant* | )<br>)<br>)  Civil Action No. 09-1151(JP)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  JAVIER RAMOS LUIÑA
Roberto Sánchez Vilella Government Center
De Diego Ave. Stop 22
Santurce, PR 00907

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   MIGUEL A. CUADROS PESQUERA
701 PONCE DE LEÓN AVE.
SUITE 215
SAN JUAN, PUERTO RICO 00907
TEL. (787) 725-2652

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

**JOSE L. ARROYO**
Deputy Clerk

Date: FEB 17 2009

*Signature of Clerk or Deputy Clerk*