AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico

| | | |
|---|---|---|
| VICKY RODRIGUEZ TORRES, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  09 - 1151  JP |
| GOVERNMENT DEVELOPMENT BANK PR, et. al. | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   ENID LOPEZ LOPEZ
Roberto Sanchez Vilella Government Center
De Diego Ave. Stoop 22
Santurce, P.R. 00907

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

FRANCES RIOS DE MORAN
CLERK OF COURT
*CLERK OF COURT*

Date: FEB 2 3 2009

JOSE A. LEBRON-ALBINO
DEPUTY CLERK
*Signature of Clerk or Deputy Clerk*