AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| VICKY RODRIGUEZ TORRES, et al. ) <br> *Plaintiff* ) <br> v. ) <br> GOVERNMENT DEVELOPMENT BANK PR, et al. ) <br> *Defendant* ) | Civil Action No. 09-1151 (JP) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* GOVERNMENT DEVELOPMENT BANK OF PUERTO RICO
Roberto Sanchez Vilella Government Center
De Diego Ave. Stop 22
Santurce, PR 00907

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   MIGUEL A. CUADROS PESQUERA
701 PONCE DE LEÓN AVE.
SUITE 215
SAN JUAN, PUERTO RICO 00907
TEL. (787) 725-2652

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

FEB 17 2009

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* Gov. Development Bank of P.R.
was received by me on *(date)* 2/23/09.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Larymar Gonzalez Carrasquillo, who is designated by law to accept service of process on behalf of *(name of organization)* Gov. Devekpment Bank of P.R. on *(date)* 2/24/09 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 0 for travel and $ 25.00 for services, for a total of $ 0.00  25.00.

I declare under penalty of perjury that this information is true.

Date: 2/24/09

_Jose H. Benitez Quiñones_
Server's signature

Jose H. Benitez Quiñones
Printed name and title

Salvador Pratts 1407, San Juan P.R. 00907
Server's address

Additional information regarding attempted service, etc:
Served At:
Roberto Sanchez Vilella Government Center
De Diego Ave, Stop 22
Santurce P.R.