IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| VICKY RODRÍGUEZ TORRES, et al.<br>    Plaintiffs<br>v.<br>Government Development Bank P.R., et al.<br>    Defendants | **CIVIL No. 09-01151-JP**<br><br>TITLE VII AGE & GENDER DISCRIMINATION, TORTS<br><br>TRIAL BY JURY |

## MOTION IN REQUEST FOR ORDER OF PRESERVATION AND LITIGATION HOLD CERTIFICATION

Pursuant to **L.R.Civ.P. 26(b)**, plaintiffs certify that they made a reasonable and good-faith effort to reach an agreement with opposing counsel on the matters set forth in the present motion in the following instances:

September 2nd 2009: at 7:02 A.M.; 12:13 P.M.; 2:45 P.M., and

September 3rd 2009: at 4:38 A.M and 2:00 P.M.

Plaintiffs' last attempt to reach opposing counsel was by hand delivery and regular mail. **Exhibit 1** contains the letter in compliance with plaintiffs duty to confer, and corresponding USPS Form 3817, certificate of mailing. Opposing counsel did not respond to plaintiffs' invitation to submit a reaction, stance or contribution to their proposed motion.

Respectfully submitted in San Juan, Puerto Rico, this 3rd day of September, 2009

S/William Meléndez Menéndez
William Meléndez Menéndez
USDC-PR No. 226902

Cuadros & Cuadros
701 Ponce de León Ave. Suite 215
San Juan, Puerto Rico 00907
We.Melendez@e-Lex.us

LAW OFFICES OF
# CUADROS & CUADROS
AND
ASSOCIATED CONSULTANTS

701 Ponce de León Avenue, Suite 215
San Juan, Puerto Rico 00907

Miguel A. Cuadros Pesquera
Olga M. Benítez Quiñones
William Meléndez Menéndez
   Of Counsel

Miguel A. Cuadros Gómez (1914-1987)

Telephone (787) 725-2652
Telecopier (787) 724-3820
Website: www.cuad-law.com

September 3, 2009

**BY HAND & REGULAR MAIL**

Mariela Rexach-Rexach, Esq.
Schuster & Aguiló, LLP
P.O. Box 363128
San Juan, Puerto Rico 00936-3128

Re: <u>Vicky Rodríguez Torres v. Government Development Bank for Puerto Rico, et als.</u>
Case Number: 09-CV-01151 (JP)

Dear Ms. Rexach:

As indicated by our of counsel William Melendez in letter dated September 2, 2009, Plaintiffs have the intention of requesting from the Court a finding of spoliation, as well as orders for preservation, and litigation holds against GDB. We would prefer that this be a joint-effort. Consequently, we are providing you with a copy of the previously indicated motion for litigation hold. If there is any reaction, stance or contribution you would like for us to include in the above filing, please submit it to our attention via e-mail this afternoon, by 5:00 p.m.

Additionally, we have not received confirmation for the taking of Dr. Franceschini's deposition, tomorrow, September 4, 2009. We are providing you with an additional copy of our communication dated August 27, 2009 which relates Dr. Franceschini's deposition costs, as well as additional copies of his CV and list of cases.

Cordially,

**Cuadros & Cuadros and Associated Consultants**

Olga M. Benítez Quiñones

![USPS Certificate of Mailing]

**UNITED STATES POSTAL SERVICE**

**Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

From:
CONSULTORES JURIDICOS ASOCIADOS
701 Ponce de León Ave., Suite 215
San Juan, Puerto Rico 00907

To: Mariela Bexach, Esq.
Shuster & Aguiló, LLP
P.O. Box 363128
San Juan, PR 00936-3128

U.S. POSTAGE PAID
SAN JUAN, PR
00907
SEP 03, 09
AMOUNT
$1.15
0002545104

SANTURCE STA
SEP - 3 2009
USPS SJ PR 00908

PS Form 3817, April 2007  PSN 7530-02-000-9065