**1. Supplemental Request 3.**
For each of the above indexed documents, please provide a soft-copy - in its native electronic file format form – together with all of its original metadata.

**2. Interrogatory 7.**
Please identify each person who has been an officer of the defendant corporation (during the relevant time period) and state as to each:
a. Name, address, sex, age, and race;
b. Office held;
c. Duties and responsibilities of the office;
d. Inclusive dates in office.

**3. Interrogatory 8.**
As January 1, for each year (during the relevant time period), please state with reference to the persons employed in each facility or location maintained by the defendant corporation:
a. The total number of employees,
b. The number of female employees,
c. The number of employees over 40,
d. The number of female employees over 40.

**4. Interrogatory 9.**
For each facility maintained by the defendant (during the relevant time period), please identify each department within the facility and state:
a. The name and title of the person in charge of the department;
b. The title and a description of each job category within the department, the average salary for the category, and the date the category was established.
c. The line of progression for job categories within the facility indication the jobs which are prerequisites for higher jobs.

**5. Interrogatory 10.**
As of January 1, for each year (during the relevant time period), please state with reference to the persons employed in each job category named in the preceding interrogatory:
a. The total number of employees,
b. The number of female employees,
c. The number of employees over 40,
d. The number of female employees over 40.

**6. Interrogatory 17.**
During all times relevant to the present complaint, identify and list for each GDB employee who has been promoted (promotee):
a. name; gender; age; date of promotion;
b. job promoted from, with its corresponding salary grade and department;
c. job promoted into, with its corresponding job description and criteria, selection devices and procedures, salary grade and department;
d. justifications and reasons why promotee was selected over others;
e. date and position of initial hire, with its corresponding salary grade and department;
f. other positions held with employer, with their corresponding salary grade and department;
g. the supervisors and officials involved with promotion and the nature of their involvement;
h. copy of personnel file and all documents related to promotion.

**7. Interrogatory 19.**
Has any EEOC claim ever been filed against defendant?

**8. Interrogatory 20.**
If your answer to the preceding interrogatory is in the affirmative, please state with reference to each claim filed against the defendant for the last ten (10) years:
a. The name, address, sex, age, race, national origin, and religion of the person who filed the claim;
b. The employment history with the defendant of the person who filed the claim, including job titles and dates;
c. The date the claim was filed;
d. A summary of the claim filed;
e. A description of all action taken as a result of the claim filed.

**9. Interrogatory 24.**
Please identify each job vacancy which has occurred (during the relevant time period) in any facility owned or operated by the defendant and state:
a. the date the job became available;
b. the work experience, educational accreditation, or other qualifications required of job applicants;
c. the name, sex, and age of the person who filled the vacancy.

**10. Request for Production of Documents 13.**
All documents, including but not limited to, e-mails, memorandums, and minutes, describing, relating, informing or referring to any staff meeting, client meetings, and/or seminars relating to job responsibilities and/or duties and/or clients of Plaintiff during the relevant time period.

**11. Request for Production of Documents 22.**
All personnel files for each employee who is or was in a similar job description, had similar or comparable duties, or received compensation comparable to that of the plaintiff at all times relevant to this complaint.

**12. Request for Production of Documents 24.**
All formal or informal complaints of both harassment and discrimination made against GDB, or against any of the codefendants, either in their personal capacity or as agents of GDB, noting:
a. the nature of the complaint;
b. the name of the complainant;
c. the names of the alleged harassers or offenders;
d. whether GDB conducted - and the nature of - any investigation; and
e. disposition of the complaint.