IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| VICKY RODRÍGUEZ-TORRES, et al.,<br><br>        Plaintiffs<br><br>              v.<br><br>GOVERNMENT DEVELOPMENT BANK OF PUERTO RICO, et al.,<br><br>        Defendants | CIVIL NO. 09-1151 (JP) |

### ORDER

Before the Court is Plaintiffs' motion (**No. 148**) to strike Defendant Government Development Bank of Puerto Rico's response in opposition to Plaintiffs' motion requesting order of preservation and litigation hold.  Defendant is admonished for exceeding the page limit without the Court's authorization.  However, in order to allow Defendant a fair opportunity to present its position, Plaintiffs' motion is hereby **DENIED.**

   **IT IS SO ORDERED.**

   In San Juan, Puerto Rico, this 15th day of September, 2009.

                                        s/Jaime Pieras, Jr.
                                        JAIME PIERAS, JR.
                                  U.S. SENIOR DISTRICT JUDGE