**HUMAN CAPITAL MNAGEMENT**

# LAWSON BENEFITS ADMINISTRATION



## Complete Benefit Management

Benefits Administration provides complete automation of enrollment, payroll deductions, plan updates and regulatory reporting with full U.S. and Canadian functionality.

Benefits Administration automates your benefit programs — no matter the size of your organization or how complex your plans. Featuring full U.S. and Canadian functionality, Benefits Administration provides enrollment, payroll deductions, plan updates and regulatory reporting.

Round-the-clock self-service Web access to benefit plans, plan administration, ease of enrollment and regulatory reporting are some of the reasons for using Lawson™ Benefits Administration.

Benefits Administration is fully integrated with the Lawson Payroll application and other Lawson suites, so payroll deductions reflect plan enrollment and changes.

Whether you operate in the U.S. or Canada, Benefits Administration provides the automation that makes plan administration and enrollment a snap.

Whether you've got simple, complex, or flexible spending plans, you create the plans and business rules that you need — and Benefits Administration takes over from there.

## Ease of Enrollment

You can define eligibility and benefit criteria to accommodate different groups of employees. That way each new hire, based on specific eligibility criteria, triggers the notification and enrollment process, including payroll deductions set up. You save time and reduce errors.

## Automatic Updating

As events that affect an employee's benefit plan eligibility take place, Benefits Administration handles any necessary benefits changes.

Benefits is fully integrated with Lawson Payroll application and Financials suite, so payroll deductions start immediately, or can be future dated with any plan enrollment or changes.

In addition, through Employee and Manager Self-Service, employees have 24-hour self-service Web access to benefit information. Employees can enroll in benefit plans and make plan changes, add or change dependents and beneficiaries, manage flexible spending accounts, access retirement account information and model changes with "what if" scenarios. At annual enrollment time, Benefits Administration can seamlessly work with or replace costly Integrated Voice Response systems.

## Regulatory Requirements

Benefits Administration handles your regulatory and reporting requirements for the U.S. and Canada.

For example, when departing employees qualify for Consolidated Omnibus Budget Reconciliation Act (COBRA) benefits in the U.S., Benefits Administration generates an eligibility notification letter that lists costs and deadlines for decision-making and payment. After receiving a response, the system can generate premium billing, handle cash payments and balances, then integrates premium billing and receipts with Lawson Financials for your COBRA participants.

## Reporting

Benefits Administration's standard reports help you administer your benefits program with ease and effectiveness. You'll be able to generate simple reports such as plan premium and participation, or complex regulatory reports to manage discrimination testing for highly compensated employees.



**Headquarters:**
Lawson
380 St. Peter Street
St. Paul, MN 55102-1302
USA
Tel +1 651-767-7000

info@lawson.com
www.lawson.com

**For further information about the Lawson Benefits Administration, call
1-800-477-1357, direct at +1-651-767-7000, international at +46 8 5552 5000.**

Lawson, Lawson Software and the Lawson logo are trademarks of Lawson Software, Inc. Other products or services names mentioned may be trademarks of Lawson or the respective owners of those trademarks. Copyright ©2007 Lawson Software, Inc. All rights reserved. EEO/AA SHR-SS911 0207

**HUMAN CAPITAL MANAGEMENT**

# LAWSON e-RECRUITIING



## Recruit Top Talent

From flexible sourcing of candidates to Human Resources integration, Lawson™ delivers a superior solution that can change the way you recruit today and in the future.

### At-a-Glance

Today's job hunters demand tools that simplify and accelerate their job search. Recruiters, in turn, need solutions to overcome the inefficiencies of hiring and help in quickly identifying high quality candidates. Lawson e-Recruiting is a solution that benefits both those who are looking for jobs, and those looking to fill them.

e-Recruiting is a Web-based recruitment management system designed to help dramatically reduce the time, effort and expense it takes to locate and hire the very best candidates — before your competition does. e-Recruiting features an intuitive interface that makes the application process easy for the candidate. For the recruiter, it sources prospects, ranks and scores candidates, manages relationships with promising applicants and submits job offers. e-Recruiting works together with the Lawson Human Resources Solution, giving you a single point of entry for all critical data.

### Lawson Delivers

Much more than an online resume-gathering tool, e-Recruiting extends your hiring reach by building a pool of qualified candidates from multiple sources. Lawson e-Recruiting assists you in sifting through the results and providing apreliminary assessment and interview of each applicant to determine the degree to which the skill set matches theposition requirements. The pre-screening helps minimize the efforts of candidates because they submit their information just once, and helps hiring managers by identifying only those applicants who are qualified for the position. Candidates receive communication on the status of their application through automated letter or e-mail notifications.

Currently, can you:

- Attract candidates with an easy-to-navigate online interface?
- Provide user-friendly features that appeal to job hunters, such as e-mailing job descriptions to friends and colleagues?
- Offer recruiters rapid notification when candidates match an open requisition?
- Automatically score, rank and pre-qualify candidates to provide hiring managers with a list of qualified applicants?
- Point to reduced costs in your hiring process, including advertising, administrative and hidden expenses?
- Integrate your requisition planning and approval with your recruiting efforts?

If not, consider how Lawson e-Recruiting can help your organization.



## Benefits

In today's recruiting market, Lawson e-Recruiting helps you:

- Attract the most qualified candidates quickly by providing them with an intuitive, easy-to-navigate interface
- Reduce hiring costs and time-to-hire cycles by matching candidates with positions, then ranking and scoring them according to the knowledge, skills and abilities defined as required for the position
- Improve your ability to determine early on if a candidate fits your organization's profile for success through a preliminary assessment and online interview process
- Provide a single point of entry for all employee data from candidate to retiree via integration with Lawson HR solutions

## Features

Lawson e-Recruiting is designed to make the job search easy for candidates while providing recruiters with the flexibility to work in the manner that best suits them. Key features include:

### Efficient Sourcing

- e-Recruiting expands your hiring reach to Internet job boards and premium job posting sites
- Search your database for qualified individuals who have previously submitted their profiles

### Flexible Application Options

- Candidates can complete an online application or, if you prefer, they can choose the Express option requiring minimal data entry with an attached resume

### Effective Ranking and Scoring Process

- Candidates identify their skills and are assessed against profiles designed by your recruiter
- Prospects are ranked and prioritized based on the knowledge, skills and abilities defined by the recruiter, reflecting the degree to which the candidate matches the job criteria
- Online interviews help ensure candidates match your company's culture and can be tailored to specific positions

### Targeted Communication

- Recruiters are notified via e-mail (or pager) when a candidate matches an open position so immediate action can be taken

### Consistent Relationship Management

e-Recruiting helps hiring professionals manage key relationship-building activities such as:

- Scheduling interviews
- Sending correspondence (e.g., e-mail, newsletters)
- Providing reminders for follow-up activities (e.g., phone calls)
- Sending offer letters and simultaneously updating other activities

**For further information about the Lawson e-Recruiting, call 1-800-477-1357, direct at +1-651-767-7000, international at +46 8 5552 5000.**

Lawson, Lawson Software and the Lawson logo are trademarks of Lawson Software, Inc. Other products or services names mentioned may be trademarks of Lawson or the respective owners of those trademarks. Copyright ©2007 Lawson Software, Inc. All rights reserved. EEO/AA SHR-SS999 0207

**LAWSON**

**Headquarters:**
Lawson
380 St. Peter Street
St. Paul, MN 55102-1302
USA
Tel +1 651-767-7000

info@lawson.com
www.lawson.com

**LAWSON**

HUMAN
CAPITAL
MANAGEMENT

# EMPLOYEE AND MANAGER SELF-SERVICE



## Increase Efficiencies and Lower Costs for Everyday Human Resources Activities

Human resources professionals are constantly challenged to improve efficiency and control costs while meeting higher employee expectations for quality service. Lawson™ Employee and Manager Self-Service is helping organizations respond to this demand. A web-based, integrated component of Lawson Human Resources, Employee and Manager Self-Service gives your workforce direct access to their own information and streamlines many HR activities. This empowerment helps reduce the administrative demands on your HR department, equipping existing staff to better serve the employee population with less drain on resources and with a greater focus on strategic activities that bring value to the organization.

### Lawson Delivers

With Lawson Employee and Manager Self-Service software, users across the organization can review, modify and act upon relevant HR data — all from a single, online access point. Does your current system allow:

- Employees to view and manage their own personal information entirely online, whenever it's convenient for them?
- Managers to easily track important information about their direct reports and initiate personnel actions without pushing paper?
- Online collaboration between managers and employees to maintain competencies, certifications and skill proficiency levels?
- Delivered integration for smooth sharing of data between front-end HR systems and back-office applications?

If your current HR system does not enable these processes, consider the benefits and features of Lawson Employee and Manager Self-Service.

### Benefits

Lawson Employee and Manager Self-Service can help you address your HR needs on a number of fronts: streamlining information dissemination, giving employees on-demand access to their own HR data and driving paperwork, manual steps and costs out of processes. Specific ways this Lawson Human Resources solution can benefit your organization include:

- Facilitating the accuracy, completeness and timeliness of personnel data by permitting employees to enter and maintain their own information
- Allowing users to manage information and initiate processes from any online computer, whenever it's convenient for them
- Reducing the burden of routine administrative tasks on your HR department
- Giving managers on-demand access to information about their direct reports
- Assisting managers in proactively handling personnel issues via web-based forms, which can be distributed electronically across the organization

- Positioning your organization to accommodate a growing employee population without a corresponding increase in HR staff
- Making it easier for employees to manage their credentials and certifications, perform job requirement gap analysis, acquire needed training and advance their careers in collaboration with their managers
- Streamlining the hiring process with online job requisitions and routing for approvals

### Features

Lawson Employee and Manager Self-Service is comprehensive, integrated and accessible entirely online. The following grid highlights the components and key functionality included with Employee and Manager Self-Service.

| Employee Self-Service | Task Highlights |
| --- | --- |
| Benefits | Perform online enrollment, inquire about benefits, manage beneficiary data, view flexible spending account balances and link to summary plan descriptions. |
| Career Management | Track and update competencies, explore careers, define goals and action plans, manage certifications, register for training and navigate to related links. |
| Credentials | View summaries of dates for certifications and renewals in the context of the employee's position. View professional profile of competencies. |
| Employment | View attributes of a position, employee/position specific data and job postings applied for. Access and maintain information in the interoffice directory. |
| Life Events | Manage employee data and benefit-related information in the context of life events, such as moves, change in marital status and adoption/birth. |
| New Hire | Enter new data and update information captured during the hiring process; can include a variety of personal and work-related detail, such as benefits enrollment, payroll set-up and training registration. |
| Organization Chart | Provides a graphical view of the organizational structure in a direct report format. |
| Pay | View payroll information and manage related data. |
| Personal Information | View, update and verify a variety of data, including name, government identification number, date of birth, dependents, education, certifications and other competencies, emergency contact information and leave balances. |
| Savings Plan Modeling | Provides quick calculations for retirement and savings plans, based on payroll information. |
| Stock Options | Supports compensation and benefit programs that include the granting and issuing of stock options and stock purchase programs. Review/track employee options, grants and vesting periods. |
| Time Entry | Enter time worked, to be routed to the manager for review and approval. Can be fully integrated to Lawson Payroll. |
| Training | Define training tracks, courses, sessions and instructors. Updates competencies, where appropriate. |

| Manager Self-Service | Task Highlights |
|---|---|
| Career Management | Collaborate with employees or entire teams to develop career and specific action plans, track goals, identify gaps, assess training needs and monitor competencies. |
| Credentials | Manage critical business skills, licenses and certifications for direct reports. Stay abreast of employees' changing job and certification requirements. |
| Direct Reports | View graphically presented attributes and information about direct reports, initiate personnel actions and enter performance review data. |
| Employee Dates | View key milestones such as hire dates, adjusted hire dates, length of service and birthdays. |
| Job Requisitions | View open job requisitions and the attributes or detail of each requisition. |
| New Job Requisition | Enter a request to fill an open position, in compliance with position or job rules. |
| Pay Rate History | View direct reports' salary histories, including point-in-time details. |
| Personnel Actions | Initiate personnel actions in accordance with organization-defined standard processes. Available ProcessFlow capabilities automate the workflows, consistent with organizational policies. |
| Stock Options | View allocated stock options and use them as motivational, variable pay components, while generating the data needed to support pay equity practices. |
| Time Entry Approval | Review, approve and reject timecards with daily, period or summary views. Can be fully integrated with Lawson Payroll. |
| Time Entry Reporting | Track overtime and hours worked by creating online reports for time records. Perform detailed analysis of time records by pay period. |

## A Single Powerful System

Employee and Manager Self-Service is an integrated part of the Lawson Human Resources Suite. Other applications include:

- Absence Management
- Benefits Administration
- e-Recruiting
- Payroll
- Personnel Administration
- Time Management
- Tips
- Workforce Analytics
- Other Analytical Solutions
   - Compensation Data Mart
   - Headcount and Turnover Data Mart

It's time to consider how Lawson Employee and Manager Self-Service can benefit your organization.

HUMAN
CAPITAL
MANAGEMENT

# LAWSON PAYROLL



## Meeting Your Unique Requirements

Lawson™ Payroll offers comprehensive U.S. and Canadian payroll functionality, including regulatory reporting and compliance, garnishments and court order management, flexible automated deduction creation, Tips and Absence Management integration.

Today all organizations are faced with increasingly cumbersome payroll processes. There are new laws with which to comply, additional tax regulations, and highly complex benefit plans. In addition, more organizations than ever are operating in more than one country.

Payroll rules and regulations are unavoidably complex, but Lawson Payroll can make managing them much easier.

Lawson Payroll is a proven solution that processes payments and provides regulatory reporting for some of North America's largest companies. Lawson delivers a product set flexible enough to meet the unique payroll processing needs of your business, taking away the usual stresses of compliance and reliability. It allows users to setup multiple deductions to support ceiling taxes and automates pension payout processes and employee history corrections.

## Complete Integration

Payroll delivers a rules-based setup, creating a system flexible enough to support a variety of methods for managing benefits and automating compensation and deductions. Payroll seamlessly supports multiple time entry systems — from the Lawson self-service Web time entry and electronic check deposit to traditional pen-and-paper entry and paper checks printing and distribution.

Plus, it easily handles time-sensitive information, such as time entry, check or receipt printing, off-cycle payments, quarterly filings and withholding forms.

Payroll is fully integrated with other Lawson solutions including Absence Management, Personnel Administration, Benefits Administration, Financials and Accounts Payable. For example, when an employee is hired through Lawson e-Recruiting, the employee information is instantly made available in Human Resources and Payroll. Benefit plan changes, made in Benefits Administration, automatically update payroll deductions without manual calculations or additional data entry.

## U.S. and Canadian Support

For companies operating in Canada, the United States or both, Payroll features simultaneous payroll run capability, flexible adjustments, and advanced processing features, including automated tax assignment to support the most complex taxation scenarios and local compliance for Canada and the United States.

Lawson Payroll allows you to spend less time maintaining employee taxes and increase your tax calculation accuracy with automated transfers and taxing authority synchronization. The solution complies with US and Canadian statutory requirements; including vacation and pension plans, garnishments, workman's compensation, and taxation. Lawson Payroll also features flexible setup capabilities for multiple government agency identifiers, which support federal, state, provincial and local jurisdictions.

## Tip Allocation

Lawson Tips captures, calculates, allocates and reports tip information, ensuring compliance with legal reporting requirements. Further, the system capabilities include minimum wage verification with tip processing to ensure FLSA compliance in the U.S.

## Self-Service Payroll Functions

Payroll functions can be accessed through Lawson Employee and Manager Self-Service, which provides managers and employees 24x7 self-service access via the Web. Employees are empowered to make changes directly and view information such as:

- Setting up direct deposit accounts
- Viewing paycheck history
- Checking time-off balances
- Changing withholding status
- Creating "what if" scenarios to see the effect of withholding or benefit changes on their paycheck

Managers can approve employee entries — such as time entry — and view critical information related to their employees.

## Scalable to Accommodate Any Size Organization

Payroll readily handles even the largest payrolls, even if you choose to process your whole company at one time using concurrent payroll runs. It handles special runs for bonuses, commissions and other company-defined pay types. Payroll also performs automatic calculations for retroactive and overtime pay based on employee or union pay schedules.

## Reporting

Payroll offers a variety of standard reports specific to the U.S. and Canada, including reports dedicated to Canadian payroll requirements. Payroll reports and online queries assure balanced payroll records, helping you generate accurate tax payments and quarterly and year-end wage reporting. Payroll also supports electronic government reporting.

Lawson Payroll gives you a single, powerful system to handle all your payroll needs — from standard, routine operations to exceptions and pension accounting. It reduces cost by allowing your employees the flexibility of entering their information and easy access to payroll data.



**Headquarters:**
Lawson
380 St. Peter Street
St. Paul, MN 55102-1302
USA
Tel +1 651-767-7000

info@lawson.com
www.lawson.com

**For further information about the Lawson Payroll, call 1-800-477-1357, direct at +1-651-767-7000, international at +46 8 5552 5000.**

Lawson, Lawson Software and the Lawson logo are trademarks of Lawson Software, Inc. Other products or services names mentioned may be trademarks of Lawson or the respective owners of those trademarks. Copyright ©2007 Lawson Software, Inc. All rights reserved. EEO/AA SHR-SS909 0207

# LAWSON

**HUMAN CAPITAL MANAGEMENT**

## LAWSON PERSONNEL ADMINISTRATION



## Comprehensive Human Capital Management Solution

Personnel Administration provides a total solution, one that tracks employee information, manages promotions and transfers, and simplifies employee updates.

Candidate shortages, government regulations and the need to track vast amounts of employee information are just a few of the details Human Resource professionals are trying to manage today. It takes more than skill and coordination to make it all work.

Personnel Administration from Lawson™ includes all the tools you need to effectively manage your company's most valuable asset — your employees. From tracking employee information, managing promotions and transfers, and simplifying employee updates, Personnel Administration provides a total solution that handles all the details — from start to finish.

### Track Employee Information

Personnel Administration makes it possible to track and update the employee information your organization needs — from knowledge, skills and abilities, to reviews, and health and safety. You decide what and how much information is needed, taking advantage of setup customization to meet your organization's requirements.

With Personnel Administration, you have instant access to an employee's emergency contacts and work restrictions. You'll know which employees have company property such as laptop computers, cellular phones and keys. Planning to expand in another city? No problem. Personnel Administration provides employee relocation preferences.

Your managers, through self-service functionality, can easily manage Human Resource functions such as:

- Accessing reports like employee profiles and other employee data.
- Monitoring and updating employee performance reviews.
- Updating employee data as changes occur (i.e., promotions, increases, transfers, etc.).

Monitoring credentials and compliance is easy with Personnel Administration. You'll be able to:

- View and maintain employee credentials.
- Notify individuals when licenses and certifications have expired.
- Determine compliance within established standards.



## Health and Safety

Personnel Administration lets you track, follow up and report on-the-job injuries and accidents including:

- Medical information.
- Work restrictions.
- Accommodations.
- Costs.
- Government reporting.

This application also makes managing employee or applicant tests a snap. You determine the tests and the protocols your organization needs to track. Personne Administration identifies who is required to take a test, informs them when the next test is due, tracks when the person takes the test and records their test results. If a test requires follow-up, Personnel Administration identifies and tracks that, as well. All test information and results are secure.

## Training Administration

Personnel Administration provides a simple solution for managing new and ongoing employee training. You can easily:

- Set up courses.
- Schedule sessions.
- Assign instructors.
- Develop course tracks — required and optional.
- Create course catalogs.

Using the Lawson Employee and Manager Self-Service application, employees can view course offerings and enroll online using a self-evident process. Workflow technology streamlines registration and confirms enrollment, waiting lists and attendance. Managers and employees can access the system to check the status. Personnel Administration even monitors the employee's progress and completion of the last course.

With Personnel Administration, certifications are automatically kept up-to-date. Your managers will know which employees have the training and certifications required for each position.

## Position Management

Lawson Human Resources Suite offers a full range of position control features for public sector organizations, as well as other businesses wanting to manage the expenditures of staffing. It offers functionality allowing multiple active positions per employee, mass change capabilities, advanced headcount and FTE budgeting with salary encumbrance features within the budgeting process.

Position Management lets you budget for future and current openings, including creating "what if" scenarios with preliminary budgets. In addition, Position Management provides a complete picture of your workforce, including current employees, open positions and contract labor. With user-defined position defaulting rules, you'll create business efficiencies for your organization empowering Human Resources to manage the organization.

Lawson's Position Management functionality is fully integrated to other Lawson solutions for reduced data entry and streamlined business processing.

## Simplify Employee Updates

One seemingly simple change, such as an employee hire or transfer, can require a myriad of additional changes to employee information. Personnel Administration simplifies the process with user-defined event lists that let you automatically update everything at once.

## Reporting

Personnel Administration provides a wealth of standard reports that let you view and analyze employee information — from an employee telephone directory to wage analysis reports that simplify compensation planning. It even helps you create special reports for government reporting or incident tracking.

Whether you need a simple listing of employee information or comprehensive data analysis, Personnel Administration provides the reporting capability to generate the information you need.

# LAWSON SYSTEM FOUNDATION



## Standards-based Technology for Realizing Maximum Return on Your Lawson Investment

The technological foundation determines, to a substantial degree, the performance and value of your organization's business software. At Lawson™ we've developed a standards-based infrastructure, Lawson System Foundation, which consolidates our core technology with other world-class technologies, including middleware from IBM®. Our goal is nothing short of meeting or exceeding your expectations for ease of implementation, application performance, investment protection, security, scalability, total cost of ownership, and return on investment.

### Lawson Delivers

A pioneer in the development of prominent business software breakthroughs, such as open architecture and web deployment, Lawson continues this tradition of client-focused innovation into the present. The development of Lawson System Foundation was guided by three key principles:

- To deliver new technologies only when we're certain they'll deliver value to your organization
- To protect your investments over the long term and do everything possible to ease your transition to new value-added solutions… according to your schedule
- To enable users access to data within the context of their daily operations

If your organization desires this kind of commitment, it's time to take a closer look at the advantages you stand to gain with Lawson solutions built on Lawson System Foundation.

### Benefits

Utilizing world-class technologies, including IBM middleware, Lawson System Foundation was designed to offer application simplicity, adaptability, agility, and manageability. Lawson System Foundation helps you:

- Migrate to new technologies while preserving your current software investments and minimizing disruptions to business operations and users
- Implement Lawson solutions and leverage your existing technologies, including industry-standard operating systems, platforms and databases
- Simplify maintenance of your entire technological infrastructure through a single point of Lawson support
- Build on the system — not start from scratch — to accommodate growth and changes in your business model
- Set up and maintain a highly flexible rules- and roles-based system for securing your Lawson applications in compliance with organizational and regulatory requirements



- Provide access to Lawson solutions through the interface that is most logical for each user, whether it's the Lawson Portal, existing corporate portal, Microsoft® Excel or mobile devices

Extend the functionality and value of your investment with Lawson Business Process Management and Enterprise Performance Management solutions that streamline Lawson-to-non-Lawson integration, as well as broaden access to organizational data residing in multiple systems

## Features

Since our founding in 1975, Lawson has earned a reputation for technological leadership — a fact that's exemplified in the five defining characteristics of Lawson System Foundation:

- **Industry-standard technologies** Lawson System Foundation combines Lawson technology with IBM® middleware and other industry-standard technologies. All layers are supported through a single point of contact.

- **Optimal usability** From logon through signoff, Lawson System Foundation is designed for high user efficiency and productivity. It starts with access through the Lawson Portal or gateway of the client's choice, and it continues with advanced embedded features, such as single sign-on user authentication and prepackaged ProcessFlow automated workflows.

- **Investment protection** A hallmark of Lawson System Foundation is "separation of concern," which isolates Lawson business logic from other architectural components, such as hardware platform, database and user interface. As a result, it enables clients to modify one component (e.g. modify the look and feel of the Lawson Portal) without necessitating a change in the core applications.

- **Data in context** Besides offering a means to integrate disparate applications, Lawson System Foundation facilitates intuitive user access to meaningful, actionable data. Lawson Drill Around® technology helps users to swiftly locate the desired level of supporting data. This detail may exist within one application, or it may be spread across several applications — software delineations are designed to be totally transparent to the user.

- **Value-added Extensibility** Lawson offers you opportunities to extend the value of Lawson System Foundation and your Lawson applications. For example, Business Component Integrator, a part of Lawson Business ProcessManagement Suite, eases the process of integrating Lawson with non-Lawson software. Because organizational data is so vital to strategic decision making, Lawson Enterprise Performance Management Suite contains tools that assist users with quickly extracting data from multiple, even non-Lawson, systems.



**Headquarters:**
Lawson
380 St. Peter Street
St. Paul, MN 55102-1302
USA
Tel +1 651-767-7000

info@lawson.com
www.lawson.com

**For further information about Lawson System Foundation and Lawson business solutions, call 1-800-477-1357, direct at +1-651-767-7000, international at +46 8 5552 5000.**

Lawson, Lawson Software and the Lawson logo are trademarks of Lawson Software, Inc. Other products or services names mentioned may be trademarks of Lawson or the respective owners of those trademarks. Copyright ©2006 Lawson Software, Inc. All rights reserved. EEO/AA C_SS514 1106

**LAWSON**



Home > Lawson Learning

# SQL & Excel in Lawson M3 (Virtual Lab)

**Course Description:**
This course covers how to import your data from Lawson M3 to Excel and more advanced SQL queries like nested queries and joins. It also covers how to create, update and delete tables and records.

**Business Benefit:**
Upon successful completion of this course, participants will be comfortable in using SQL and exporting data to MS-Query and Excel. The participant will also have knowledge about more advanced querying methods and know how to manipulate the data in a table using update and delete.

**Course Audience:**
This course is designed for Lawson customers, partners and employees who know basics SQL but require more advanced knowledge on how to use SQL with Excel and Lawson M3.

**Course Content:**

- MS Query

- How to get started

- Excel and SQL

- How to import data
- Pivot tables, how they work
- Different ways of Sorting data
- Other features

- SQL statements

- Different kind of Join statements
- How to do nested Queries
- How to Update, Delete and Create tables

- Scenario

- How to massupdate to a table

**Prerequisite Education & Knowledge**

- Basic M3 knowledge
- Basic SQL knowledge
- WinSQL, Excel and Iseries access for windows installed

**Additional Education**
Participants who think this is too advanced may consider the following course

- SQL introduction to lawson M3 vLab (SQLV)

**Duration / Delivery Method:** half-day, Instructor-led vLab

 Print This Page    Tip a Friend

Sidebar:
- Lawson Learning
- Learning Edge
- Learning Lifecycle
- Learning Options
- Learning Tracks
- Regional Learning Solutions
- Course Registration
- Contact Us

**Events**
- **OHA** HealthAchieve Nov 16, 2009
- **ASBO** Oct 23, 2009
- **HR** Technology Conference & Exposition Sep 30, 2009

---

Privacy | Terms of Use | Copyright | Contact Us | Sitemap
Communities | Contact Us | Subscribe | Country

- INDUSTRIES
    - Asset Intensive
    - Distribution
        - Construction Sector
        - Industrial Distribution
        - Consumer Products
        - Food Distribution
        - Rental
    - Equipment Service Mgmt
        - Construction, Mining & Ag
        - Industrial Equip. & Machinery
        - Laboratory & Medical Industry

# LAWSON



Home > Lawson Learning

## SQL Query for Lawson M3 Platforms

This two-day course will enable you to retrieve and manipulate data from/in different databases using SQL.
You will learn to quickly perform ad hoc queries in the database such as investigating data and finding corrupt data. You will be able to correct corrupt data in an efficient way (more than one row at a time) and write fast running reports.

**What Does This Course Cover?**

This course aims to enable you to use advanced SQL efficiently to perform a variety of tasks.

The course covers:

- How a database works in detail including performance issues
- How to connect to different platforms
- Select, Update, Insert and Delete
- Different joins and unions
- Useful functions like conversions and concatenations
- Differences in SQL syntax between different platforms.

**Who Should Attend?**

This course is designed for people who need the SQL language when they interact with the database.

To benefit from the course, participants should have completed the SQL introduction course or have equivalent knowledge and experience.

Print This Page   Tip a Friend

Lawson Learning
Learning Edge
Learning Lifecycle
Learning Options
Learning Tracks
Regional Learning Solutions
Course Registration
Contact Us

**Events**
**OHA** HealthAchieve
Nov 16, 2009
**ASBO**
Oct 23, 2009
**HR** Technology Conference & Exposition
Sep 30, 2009

Privacy | Terms of Use | Copyright | Contact Us | Sitemap
Communities | Contact Us | Subscribe | Country

- INDUSTRIES
  - Asset Intensive
  - Distribution
    - Construction Sector
    - Industrial Distribution
    - Consumer Products
    - Food Distribution
    - Rental
  - Equipment Service Mgmt
    - Construction, Mining & Ag
    - Industrial Equip. & Machinery
    - Laboratory & Medical Industry
    - Oilfield Services Mgmt
  - Fashion
  - Financial Services
    - Banking
    - Insurance
  - Food and Beverage
  - Healthcare
  - Manufacturing
  - Public Sector
  - Rental
  - Retail
    - Drug Store
    - Restaurants
    - Specialty
    - Convenience Store
    - Mass Merchandise
  - Service Providers