**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| VICKY RODRÍGUEZ TORRES, et al.<br><br>Plaintiffs<br><br>v.<br><br>Government Development Bank P.R., et al.<br>Defendants | CIVIL No. 09-01151-JP<br><br>TITLE VII AGE & GENDER DISCRIMINATION, TORTS<br><br>TRIAL BY JURY |

**NOTICE OF APPEAL**

**TO THE CLERK OF THE COURT**:

NOTICE is hereby given that Plaintiffs Vicky Rodríguez Torres, Luis Rafael Maldonado Vaillant, and their conjugal partnership, through the undersigned counsel, and pursuant to **28 U.S.C. § 1292(a)(1)**, appeal to the United States Court of Appeals for the First Circuit from:

1. ORDER dated August 28th 2009, **Doc.# 127**;

2. ORDER dated September 21st 2009, **Doc.# 169**.

**Respectfully submitted in New York, NY, this 28th day of September, 2009.**

S/William Meléndez Menéndez
William Meléndez Menéndez
USDC-PR No. 226902

William E. Meléndez | We.Melendez@e-Lex.us | 718.725.7387
410 Park Avenue | New York, NY 10022
Cuadros & Cuadros | 701 Ponce de León Ave. Suite 215 | San Juan, Puerto Rico 00907

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel for defendants and all other parties of interest.

S/William Meléndez Menéndez