**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| VICKY RODRÍGUEZ TORRES, et al.<br><br>Plaintiffs<br><br>v.<br><br>Government Development Bank P.R., et al.<br>Defendants | **CIVIL No. 09-01151-JP**<br><br>TITLE VII AGE & GENDER DISCRIMINATION, TORTS<br><br>TRIAL BY JURY |

## NOTICE OF FILING OF DOCKETING STATEMENT

**TO THE CLERK OF THE COURT**:

NOTICE is hereby given that Plaintiffs Vicky Rodríguez Torres, Luis Rafael Maldonado Vaillant, and their conjugal partnership, through the undersigned counsel, and pursuant to **1st Cir. R. 3.0(a)**, on this date filed the accompanying DOCKETING STATEMENT with the United States Court of Appeals for the First Circuit, corresponding to their Notice of Appeal filed on September 28th 2009 (**Doc. # 172**).

**Submitted in New York, NY, this 1st day of October, 2009.**

S/William Meléndez Menéndez
William Meléndez Menéndez
USDC-PR No. 226902

William E. Meléndez | We.Melendez@e-Lex.us | 718.725.7387
410 Park Avenue | New York, NY 10022
Cuadros & Cuadros | 701 Ponce de León Ave. Suite 215 | San Juan, Puerto Rico 00907

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel for defendants and all other parties of interest.

S/William Meléndez Menéndez