

1563 Ponce de León
San Juan, PR  00926
Phone 787 758-8234
Fax 787 758-8334

October 30, 2009

William E. Meléndez, Esq.
410 Park Avenue
New York, NY 10022

Dear Mrs. Díaz:

We thanked you for your time and the opportunity to offer *finanxial IT* Consulting Services to your firm.

*finanxial IT* joined forces to provide computer consulting and related services in Puerto Rico.  Our goal is to contribute to the client's success by providing results oriented solutions that enable client to improve their competitive position and productivity.

As per your request, we present you with a Cost Estimate for the production of an Electronically Stored Information (ESI) discovery request

Should you require any additional information, please contact us at your earliest convenience.

Sincerely,


Gabriel Rodríguez

## SCOPE OF WORK

*finanxial IT* is submitting this Cost Estimate to William E. Meléndez, Esq. in response to the need of an ESI Discovery on Microsoft Outlook Mailboxes (Email & Calendar items) from twenty-four (24) users. This mailboxes will extracted from GDB's Microsoft Exchange Server and the user's local Microsoft Outlook Personal Folders.

*finanxial IT* 's system engineers will based this ESI Discovery effort utilizing the above mention data, provided by GDB's IT Department. Lexis-Nexis Concordance will be the application utilized by *finanxial IT* to produce this report. *finanxial IT* will used its own licensed copy of Lexis-Nexis Concordance to perform the tasks outlined in the Scope Definition Document. *finanxial IT* will be performing this ESI Discovery Request based on the assumptions defined in the Scope Definition Document and utilizing the Search Parameters defined also in the Scope Definition Document.

*finanxial IT* will deliver the written and PDF Report (1) one week after receiving the data files from GDB.



# COST ESTIMATE

The cost associated with this assessment, including the written report with all our findings and recommendations is divided in three different tasks.

- Concordance Database Creation and Configuration      $ 5,000.00
- Mailbox Import Task
    - 1 – 5 Mailboxes Imported          $ 10,000.00
    - 6 – 10 Mailboxes Imported         $ 14,000.00
    - 11 - 24 Mailboxes Imported        $ 20,000.00

- Database Search & Retrieval / Report          $ 10,000.00

We are providing a cost estimated based on our experience working on similar projects.    Deviations from the timetable and functionality proposed in this document will result in a change to the costs presented in our proposal.

# DELIVERABLES

A formal written report will be presented with all findings pertaining to this ESI Discovery Request.  *finanxial IT* will also deliver this report in PDF Format.

