IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| VICKY RODRÍGUEZ TORRES, LUIS RAFAEL MALDONADO VAILLANT, AND THEIR CONYUGAL PARTNERSHIP<br><br>    Plaintiffs<br><br>    v.<br><br>GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO, JAVIER RAMOS LUIÑA, ENID LÓPEZ LÓPEZ, ÁNGEL PÉREZ RIVERA, JORGE IRRIZARY HERRANS, LUIS I. ALFARO MARTÍNEZ, MARINE COMAS TORRES, NAPHIS TORRES PADRÓ, EDGARDO RODRÍGUEZ NIEVES, AND ABC INSURANCE<br><br>    Defendants | CIVIL No. 09 1151 (JP)<br><br>TITLE VII VIOLATIONS, AGE & SEX DISCRIMINATION, TORTS<br><br>PLAINTIFF DEMANDS A TRIAL BY JURY |

**INDEX OF EXHIBITS**

Exhibit 1      Depo V. Rodríguez of August 12, 2009

Exhibit 2      Sworn Statement Javier Ramos

Exhibit 3      Sworn Statement Enid Lopez

Exhibit 4      Email from Enid López to Vicky Rodríguez dated April 18, 2008

Exhibit 5      Sworn Staterment Angel Perez

Exhibit 6      Email from Angel Perez dated 08-14-2003 re-Brain Exercises

Exhibit 7      Sworn Statement Marine Comas