IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| VICKY RODRÍGUEZ TORRES, et al.<br><br>Plaintiffs<br><br>v.<br><br>GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO, et al.<br><br>Defendants | CIVIL No. 09-1151 (JP)<br><br>TITLE VII VIOLATIONS, AGE & SEX DISCRIMINATION, TORTS<br><br>PLAINTIFF DEMANDS A TRIAL BY JURY |

STATEMENT UNDER PENALTY OF
PERJURY PURSUANT TO 28 U.S.C. § 1746

I, Javier Ramos Luiña, of legal age, married, Senior Vice President and Financing Principal of the Government Development Bank for Puerto Rico ("GDB"), and resident of Guaynabo, Puerto Rico, under penalty of perjury, pursuant to 28 U.S.C. § 1746, state and affirm as follows:

1. My personal circumstances are as previously stated.

2. In July 2000, I began working as Financing Principal of the GDB and in May 2001 I began working as Executive Director of the Puerto Rico Tourism Development Fund ("TDF") a GDB's subsidiary.

3. The Financing Principal is the supervisor of the Director of the Private Financing Department, amongst others.

4. In September 2002, Vicky Rodríguez ("Ms. Rodríguez") was transferred to the Private Financing Department as an Account Executive under Harry de Jesús' supervision, Senior Account Executive of the Private Financing Department ("Mr. de Jesús").

5. Toward the end of 2005, the majority of the Private Financing Department's loan

-2-

portfolio was sold to the Puerto Rico Economic Development Bank. Consequently, the Private Financing Department workload decreased, impacting the workload of its employees. Accordingly, much of Ms. Rodríguez and Mr. de Jesús' workload came from the TDF. Because of the aforementioned diminished workload in the Private Financing Department, I decided to have them assist with TDF's workload.

6. In February 2007, Ángel Pérez, GDB's Private Financing Director, was administratively transfer ("destaque") to the Puerto Rico Tourism Company (PRTC), hence I was responsible for the supervision of the Private Financing Department area.

7. In April 2008, I met with the Private Financing Department's staff and announced that Roberto Rodríguez, analyst in the Department, and Ms. Rodríguez would be transferred to the Municipal Financing Department. During this meeting I informed Ms. Rodríguez that she was being transfer to the Municipal Financing Department on a permanent basis because this was my understanding at that time. Then, it was clarified by the Human Resources Department that Ms. Rodríguez was going to be administratively transferred on a temporary basis.

8. Ms. Rodríguez worked from April to December 2008, in the Municipal Financing Department under Enid López López' supervision.

9. As her supervisor, I have never taken any adverse employment action against Ms. Rodríguez on the basis of her age and gender. Also, I have never witnessed any conduct on the part of Ms. Rodríguez' co-workers or supervisors which would lead me to believe she was being discriminated or was "at risk of injury". Moreover, Ms. Rodríguez herself never brought to my attention any complaint of discriminatory nature.

10. As to the projects referred by Ms. Rodríguez, to wit: (i) PMO Hotel, LLC and PMO

-3-

Condohotel, LLC; and (ii) the JW Marriot Coco Beach Resort & Spa, they are tourism projects being evaluated by the TDF. The financing for these projects have not been closed or settled and they still under negotiation. The negotiation for these complex financing projects are made by Ángel Pérez, the Senior Management of the GDB and/or by myself.

11. As to Ms. Rodríguez' statement regarding the 2006, 2007 and 2008 PR Credit Conference, it was only held in 2007 (from February 28 through March 1). Furthermore, the Puerto Rico Credit Conference, is an activity whereby the Government presents its credit and financial highlights to the National Rating Agencies and the Institutional Investors that purchase the bonds issued by the Central Government and its instrumentalities. Consequently, this was an activity related to Public Financing not Private Financing.

12. As to Ms. Rodríguez statement regarding the comment that I shared during a Private Financing Department staff meeting, whereby my kids joked with me because I could not focus well on something that I was reading and they told me "you look like a viejito" when I squinted my eyes, this comment was about my kids and me, not about Ms. Rodríguez.

I, Javier Ramos Luiña, declare under penalty of perjury under the laws of the United States of America that all of the foregoing is true and correct to the best of my personal knowledge.

WHEREFORE, I subscribe the present statement in San Juan, Puerto Rico, on this 15th day of January 2010.

*[signature]*
**Javier Ramos Luiña**

*JRL*
*1/15/10*