**EXHIBIT 4**

### Rodriguez, Vicky (GDB)

**From:** López López, Enid (GDB)
**Sent:** Friday, April 18, 2008 7:11 PM
**To:** Rodriguez, Vicky (GDB)
**Subject:** RE: ADIESTRAMIENTO TALLER VIERNES 18 DE ABRIL

No se incluyó en el taller dado a que los espacios estaban un tanto limitados. No obstante, le informó que el taller era más bien dirigido a personal de contabilidad. Próximamente, se habrá de coordinar uno exclusivamente para el área de financiamiento municipal. Para ese taller que es sobre análisis financiero deberá asistir todo el personal, inclusive usted.

Gracias por el interés demostrado.

Enid López
Directora
Financiamiento Municipal

---

**From:** Rodriguez, Vicky (GDB)
**Sent:** Friday, April 18, 2008 2:21 PM
**To:** López López, Enid (GDB)
**Subject:** ADIESTRAMIENTO TALLER VIERNES 18 DE ABRIL

18 de abril de 2008

Saludos. Me enteré de un adiestramiento muy interesante que ofrecieron hoy en la mañana y en el que participó el personal de su Departamento. Mucho agradeceré me tome en consideración para participar en futuros adiestramientos.

*Vicky Rodríguez*
Account Executive
Government Development Bank for Puerto Rico
Vicky.Rodriguez@bgf.gobierno.pr
(787) 722-2525 Xt. 6009

***Confidentiality Notice*** This email contains confidential information which may also be legally privileged and which is intended only for the use of the recipient(s) named above. If you are not the intended recipient, you are hereby notified that forwarding or copying of this email, or the taking of any action in reliance on its contents, may be strictly prohibited. If you have received this email in error, please notify us inmediately by reply email and delete this message from your inbox. Thank you.

Page 1 of 1

**Rodriguez, Vicky (GDB)**

From: López López, Enid (GDB)
Sent: Friday, April 18, 2008 7:11 PM
To: Rodriguez, Vicky (GDB)
Subject: RE: WORKSHOP TRAINING FRIDAY, APRIL 18

You were not included in the workshop because the spaces were somewhat limited. However, I inform you that the workshop was rather geared to accounting personnel staff. One will be coordinated specifically for the area of municipal financing soon. For this workshop, which is about financial analysis, the whole staff must attend, even you.

Thank you for the interest displayed.

Enid López
Director
Municipal Financing

---

From: Rodriguez, Vicky (GDB)
Sent: Friday, April 18, 2008 2:21 PM
To: López López, Enid (GDB)
Subject: WORKSHOP TRAINING FRIDAY, APRIL 18

April 18, 2008

Regards. I learned of a very interesting training offered this morning and in which personnel of your department participated. I would deeply appreciate you taking me in consideration to participate in future trainings.

*Vicky Rodriguez*
Account Executive
Government Development Bank for Puerto Rico
Vicky.Rodriguez@bgf.gobierno.pr
(787) 722-2525 Xt. 6009

***Confidentiality Notice*** This email contains confidential information which may also be legally privileged and which is intended only for the use of the recipient(s) named above. If you are not the intended recipient, you are hereby notified that forwarding or copying of this email, or the taking of any action in reliance on its contents, may be strictly prohibited. If you have received this email in error, please notify us immediately by reply email and delete this message from your inbox. Thank you.

**No.: 2009-703 TRANSLATOR'S CERTIFICATE OF ACCURACY**

I, Mayra Cardona Durán, of legal age, single, resident of Guaynabo, Puerto Rico, Certified Interpreter of the United States District Court (Certification No. 98-020) and certified member of the National Association of Judiciary Interpreters and Translators (Member No. 10671), member in good standing of the American Translators Association (Member No. 230112), and admitted to the Puerto Rico Bar Association (Bar No. 12390) hereby CERTIFY: that according to the best of my knowledge and abilities, the foregoing is a true and faithful rendering into English of the original Spanish text which I have translated and it is stamped and sealed as described herein. This document is comprised of Two (2) pages, including this certification page, and does not contain changes or erasures.

In Guaynabo, Puerto Rico, today, Tuesday, November 17, 2009.

**Lcda. Mayra Cardona**
**United States Courts Certified Interpreter**
**NAJIT Certified Interpreter & Translator**
3071 Alejandrino Ave. PMB 306 Guaynabo, Puerto Rico 00969-7035
Tel & Fax: (787) 789-7363 Cel: (787) 530-1414
email: mayra@cardona.com