**Rodriguez, Vicky (GDB)**

| | |
|---|---|
| **From:** | Pérez Rivera, Angel (GDB) |
| **Sent:** | Thursday, August 14, 2003 10:52 AM |
| **To:** | Ramos, Javier (GDB); Toro Torruella, Camille (GDB); Rodriguez, Vicky (GDB); Mercado, Vivian (GDB) |
| **Subject:** | Brain Exercise |
| | |
| **Importance:** | High |

Hola,

      Esto lo hacen cuando tengan un momento de esparcimiento.

Saludos cordiales,

Ángel Pérez Rivera
Banco Gubernamental de Fomento para Puerto Rico
Centro Gubernamental Minillas - 2do Piso
Ave. De Diego
Santurce, Puerto Rico 42001
e-mail:  angel.perez@bgf.gobierno.pr
Tel.  787-722-2525 ext. 2069
Fax. 787-723-8001


THIS IS A BRAIN BUSTER EXAM...!!  TRY IT...  ACCEPT THE CHALLENGE

```
> > > >BRAIN EXERCISE
> > > >Exercise of the brain is as important as exercise of
> > > >the muscles. As we grow older, it's important that we
> > > >keep mentally alert. The saying: "If you don't use
> > > >it, you will lose it" also applies to the brain, so...
> > > >Below is a very private way to gauge your loss or
> > > >non-loss of intelligence. So take the following test
> > > >presented here and determine if you are losing it or
> > > >are still "with it." The spaces below are so you
> > > >don't see the answers until you have made your own....
> > > >
> > > >
> > > >OK, relax, clear your mind and.... begin.
> > > >
> > > >
> > > >
> > > >
> > > >
> > > >
> > > >
> > > >1. What do you put in a toaster?
> > > >
> > > >
> > > >
> > > >
> > > >
> > > >
> > > >
> > > >
> > > >
> > > >
> > > >
> > > >The answer is "bread." If you said "toast," then give
> > > >up now and go do something else. Try not to hurt
```

    1

> > > >yourself. If you said, "bread," go to Question 2.
> > > >
> > > >
> > > >
> > > >
> > > >
> > > >
> > > >
> > > >
> > > >
> > > >
> > > >
> > > >
> > > >2. Say "silk" five times. Now spell "silk." What do
> > > >cows drink?
> > > >
> > > >
> > > >
> > > >
> > > >
> > > >
> > > >
> > > >
> > > >
> > > >
> > > >
> > > >
> > > >
> > > >
> > > >Answer: Cows drink water. If you said "milk," please
> > > >do not attempt the next question.
> > > >Your brain is obviously over stressed and may even
> > > >overheat. It may be that you need to content yourself
> > > >with reading something more appropriate such as
> > > >"Barney Goes to the Library." If you said, "water"
> > > >then proceed to Question 3.
> > > >
> > > >
> > > >
> > > >
> > > >
> > > >
> > > >
> > > >
> > > >
> > > >
> > > >
> > > >3. If a red house is made from red bricks, a blue
> > > >house is made from blue bricks, a pink house is made
> > > >from pink bricks, and a black house is made from black
> > > >bricks, what is a greenhouse made from?
> > > >
> > > >
> > > >
> > > >
> > > >
> > > >
> > > >
> > > >
> > > >
> > > >
> > > >
> > > >Answer: Greenhouses are made from glass. If you said
> > > >"green bricks," what are you still doing here reading

```
> > > >these questions?? If you said "glass," then go on
> > > >to Question 4.
> > > >
> > > >
> > > >
> > > >
> > > >
> > > >
> > > >
> > > >
> > > >4. Twenty years ago, a plane is flying at 20,000 feet
> > > >over Germany. If you will recall, Germany at the time
> > > >was politically divided into West Germany and East
> > > >Germany. Anyway, during the flight, TWO of the
> > > >engines fail. The pilot, realizing that the last
> > > >remaining engine is also failing, decides on a crash
> > > >landing procedure.
> > > >Unfortunately the engine fails before he has time and
> > > >the plane crashes smack in the middle of "no man's
> > > >land" between East Germany and West Germany. Where
> > > >would you bury the survivors? East Germany or West
> > > >Germany or in "no man's land"?
> > > >
> > > >
> > > >
> > > >
> > > >
> > > >
> > > >
> > > >
> > > >
> > > >
> > > >Answer: You don't bury survivors.
> > > >If you said ANYTHING else, you are a real dunce and
> > > >you must NEVER try to rescue anyone from a plane
> > > >crash. Your efforts would not be appreciated. If you
> > > >said, " You don't bury survivors" then proceed to the
> > > >next question.
> > > >
> > > >
> > > >
> > > >
> > > >
> > > >
> > > >
> > > >
> > > >
> > > >
> > > >
> > > >5. If the hour hand on a clock moves 1/60 of a degree
> > > >every minute, then how many degrees will the hour hand
> > > >move in one hour?
> > > >
> > > >
> > > >
> > > >
> > > >
> > > >
> > > >
> > > >
> > > >
> > > >
> > > >
```

3

```
'  '> > > >Answer: One degree. If you said "360 degrees" or
   '> > > >anything other than "one degree," you are to be
   > > > >congratulated on getting this far, but you are
   > > > >obviously out of your league. Turn your pencil in and
   > > > >exit the room. Everyone else proceed to the final
   > > > >question.
   > > > >
   > > > >
   > > > >
   > > > >
   > > > >
   > > > >
   > > > >
   > > > >
   > > > >
   > > > >
   > > > >
   > > > >
   > > > >6. Without using a calculator --
   > > > >You are driving a bus from London to Milford Haven in
   > > > >Wales. In London, 17 people get on the bus. In
   > > > >Reading, 6 people get off the bus and 9 people
   > > > >get on. In Swindon, 2 people get off and 4 get
   > > > >on. In Cardiff, 11 people get off and 16 people get
   > > > >on. In Swansea, 3 people get off and 5 people
   > > > >get on. In Carmathen, 6 people get off and 3 get
   > > > >on. You then arrive at Milford Haven. What was the
   > > > >name of the bus driver?
   > > > >
   > > > >
   > > > >
   > > > >
   > > > >
   > > > >
   > > > >
   > > > >
   > > > >
   > > > >
   > > > >
   > > > >Answer: Oh, for crying out loud! Don't you remember?
   > > > >It was YOU,
   > > > >
   > > > >
   > > > >
   > > > >Now pass this along to all your "friends" and hope
   > > > >they do better.
   > > > >Have a Great Day!
   > >
   > >
   > >---------- End Original Message ----------
   > >
   > >
   > >------- End of Forwarded Message
   > >
   >
   >
   >----------------------------------------------------------------
   ---------
   >Add photos to your e-mail with MSN 8. Get 2 months FREE*.
```

STOP MORE SPAM with the new MSN 8 and get 2 months FREE*
http://join.msn.com/?page=features/junkmail

Certified Translation MC-2010-008
Page 1 of 5

[Scanned Page with Excerpts of Translation Inserted:]

**Rodriguez, Vicky (GDB)**

| | |
|---|---|
| **From:** | Pérez Rivera, Angel (GDB) |
| **Sent:** | Thursday, August 14, 2003 10:52 AM |
| **To:** | Ramos, Javier (GDB); Toro Torruella, Camille (GDB); Rodriguez, Vicky (GDB); Mercado, Vivian (GDB) |
| **Subject:** | Brain Exercise |

**Importance:**    High

Hello,

    Do this when you have a moment of relaxation.

Cordial Regards,

Ángel Pérez Rivera
Government Development Bank for Puerto Rico
Minillas Government Center — 2nd Floor
Santurce, Puerto Rico 42001
e-mail: angel.perez@bgf.gobierno.pr
Tel. 787-722-2525 ext. 2069
Fax. 787-723-8001


THIS IS A BRAIN BUSTER EXAM...!!  TRY IT...  ACCEPT THE CHALLENGE

```
> > > >BRAIN EXERCISE
> > > >Exercise of the brain is as important as exercise of
> > > >the muscles. As we grow older, it's important that we
> > > >keep mentally alert. The saying: "If you don't use
> > > >it, you will lose it" also applies to the brain, so...
> > > >Below is a very private way to gauge your loss or
> > > >non-loss of intelligence. So take the following test
> > > >presented here and determine if you are losing it or
> > > >are still "with it." The spaces below are so you
> > > >don't see the answers until you have made your own....
> > > >
> > > >
> > > >OK, relax, clear your mind and.... begin.
> > > >
> > > >
> > > >
> > > >
> > > >
> > > >
> > > >
> > > >1. What do you put in a toaster?
> > > >
> > > >
> > > >
> > > >
> > > >
> > > >
> > > >
> > > >
> > > >
> > > >The answer is "bread." If you said "toast," then give
> > > >up now and go do something else. Try not to hurt
```

1

[Scanned Page with Excerpts of Translation Inserted:]

```
>yourself. If you said, "bread," go to Question 2.
>
>
>
>
>
>
>
>
>
>
>
>2. Say "silk" five times. Now spell "silk." What do
>cows drink?
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>Answer: Cows drink water. If you said "milk," please
>do not attempt the next question.
>Your brain is obviously over stressed and may even
>overheat. It may be that you need to content yourself
>with reading something more appropriate such as
>"Barney Goes to the Library." If you said, "water"
>then proceed to Question 3.
>
>
>
>
>
>
>
>
>
>
>3. If a red house is made from red bricks, a blue
>house is made from blue bricks, a pink house is made
>from pink bricks, and a black house is made from black
>bricks, what is a greenhouse made from?
>
>
>
>
>
>
>
>
>
>
>Answer: Greenhouses are made from glass. If you said
>"green bricks," what are you still doing here reading
```

[Scanned Page with Excerpts of Translation Inserted:]

```
 '  \ >  >  >  >these questions?? If you said "glass," then go on
     '>  >  >  >to Question 4.
        >  >  >  >
        >  >  >  >
        >  >  >  >
        >  >  >  >
        >  >  >  >
        >  >  >  >
        >  >  >  >
        >  >  >  >
        >  >  >  >4. Twenty years ago, a plane is flying at 20,000 feet
        >  >  >  >over Germany. If you will recall, Germany at the time
        >  >  >  >was politically divided into West Germany and East
        >  >  >  >Germany. Anyway, during the flight, TWO of the
        >  >  >  >engines fail. The pilot, realizing that the last
        >  >  >  >remaining engine is also failing, decides on a crash
        >  >  >  >landing procedure.
        >  >  >  >Unfortunately the engine fails before he has time and
        >  >  >  >the plane crashes smack in the middle of "no man's
        >  >  >  >land" between East Germany and West Germany. Where
        >  >  >  >would you bury the survivors? East Germany or West
        >  >  >  >Germany or in "no man's land"?
        >  >  >  >
        >  >  >  >
        >  >  >  >
        >  >  >  >
        >  >  >  >
        >  >  >  >
        >  >  >  >
        >  >  >  >
        >  >  >  >
        >  >  >  >
        >  >  >  >Answer: You don't bury survivors.
        >  >  >  >If you said ANYTHING else, you are a real dunce and
        >  >  >  >you must NEVER try to rescue anyone from a plane
        >  >  >  >crash. Your efforts would not be appreciated. If you
        >  >  >  >said, " You don't bury survivors" then proceed to the
        >  >  >  >next question.
        >  >  >  >
        >  >  >  >
        >  >  >  >
        >  >  >  >
        >  >  >  >
        >  >  >  >
        >  >  >  >
        >  >  >  >
        >  >  >  >
        >  >  >  >5. If the hour hand on a clock moves 1/60 of a degree
        >  >  >  >every minute, then how many degrees will the hour hand
        >  >  >  >move in one hour?
        >  >  >  >
        >  >  >  >
        >  >  >  >
        >  >  >  >
        >  >  >  >
        >  >  >  >
        >  >  >  >
        >  >  >  >
        >  >  >  >
        >  >  >  >
        >  >  >  >
```

[Scanned Page with Excerpts of Translation Inserted:]

```
' \> > > >Answer: One degree. If you said "360 degrees" or
 '> > > >anything other than "one degree," you are to be
 > > > >congratulated on getting this far, but you are
 > > > >obviously out of your league. Turn your pencil in and
 > > > >exit the room. Everyone else proceed to the final
 > > > >question.
 > > > >
 > > > >
 > > > >
 > > > >
 > > > >
 > > > >
 > > > >
 > > > >
 > > > >
 > > > >
 > > > >
 > > > >6. Without using a calculator --
 > > > >You are driving a bus from London to Milford Haven in
 > > > >Wales. In London, 17 people get on the bus. In
 > > > >Reading, 6 people get off the bus and 9 people
 > > > >get on. In Swindon, 2 people get off and 4 get
 > > > >on. In Cardiff, 11 people get off and 16 people get
 > > > >on. In Swansea, 3 people get off and 5 people
 > > > >get on. In Carmathen, 6 people get off and 3 get
 > > > >on. You then arrive at Milford Haven. What was the
 > > > >name of the bus driver?
 > > > >
 > > > >
 > > > >
 > > > >
 > > > >
 > > > >
 > > > >
 > > > >
 > > > >
 > > > >
 > > > >Answer: Oh, for crying out loud! Don't you remember?
 > > > >It was YOU,
 > > > >
 > > > >
 > > > >Now pass this along to all your "friends" and hope
 > > > >they do better.
 > > > >Have a Great Day!
 > >
 > >
 > >--------- End Original Message -----------
 > >
 > >
 > >------- End of Forwarded Message
 > >
 >
 >
 >-----------------------------------------------------------------
 ---------
 >Add photos to your e-mail with MSN 8. Get 2 months FREE*.


 STOP MORE SPAM with the new MSN 8 and get 2 months FREE*
 http://join.msn.com/?page=features/junkmail
```

No.: <u>2010-008</u> TRANSLATOR'S CERTIFICATE OF ACCURACY

I, Mayra Cardona Durán, of legal age, single, resident of Guaynabo, Puerto Rico, Certified Interpreter of the United States District Court (Certification No. 98-020) and certified member of the National Association of Judiciary Interpreters and Translators (Member No. 10671), member in good standing of the American Translators Association (Member No. 230112), and admitted to the Puerto Rico Bar Association (Bar No. 12390) hereby CERTIFY: that according to the best of my knowledge and abilities, the foregoing is a true and faithful rendering into English of the original Spanish text which I have translated and it is stamped and sealed as described herein. This document is comprised of Five (5) pages, including this certification page, and does not contain changes or erasures.

In Guaynabo, Puerto Rico, today, Monday, January 18, 2010.

**Lcda. Mayra Cardona**
**United States Courts Certified Interpreter**
**NAJIT Certified Interpreter & Translator**
3071 Alejandrino Ave. PMB 306 Guaynabo, Puerto Rico 00969-7035
Tel & Fax: (787) 789-7363 Cel: (787) 530-1414
email: mayra@cardona.com