**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| VICKY RODRÍGUEZ TORRES, et al. | **CIVIL No. 09-01151-JP** |
| Plaintiffs | |
| v. | TITLE VII AGE & GENDER DISCRIMINATION, TORTS |
| Government Development Bank P.R., et al. | TRIAL BY JURY |
| Defendants | |

**RULE 59(e) MOTION TO VACATE ORDER, re: DOC.# 237 - DENYING PLAINTIFFS'**
**[160] MOTION TO COMPEL DISCOVERY; [164] DISCOVERY SANCTIONS**

**TO THE HONORABLE COURT**:

Come now plaintiffs, Vicky Rodríguez Torres, Luis Rafael Maldonado Vaillant, and

their conjugal partnership, through the undersigned counsel, and state as follows:

**1.** On January 20th, 2010, this Honorable Court, through Order as set forth in

**Doc.# 237**, denied Plaintiffs' motions to compel discovery and for discovery

sanctions (**Doc.# 160**; **164**) against co-defendant GDB. See *2010 WL 174156*

*(D.Puerto Rico)*.

**2.** In so deciding, and specifically in regards to Plaintiffs' *Request for Production of*

*Documents Number Twelve*, the Court sought support in *Fed. R. Civ. P. 26 (b) (2)*

*(B)*, and determined that the discovery request was "*not reasonably accessible*

*because of undue burden or cost*". See *Id.*, at *3*.

1

**3.** The Court made its determination without having the benefit of examining

**Exhibit 1** – GDB's Outlook data size, produced by GDB as part of the *Joint*

*Informative Motion*,  of November 2nd, 2009 (**Doc.# 198**). Plaintiffs hereby make

**Exhibit 1** – *GDB's Outlook data size*, part of the record in the present case.

**4. Exhibit 1** reveals that GDB has readily available, without further burden or cost,

32,074.02 megabytes of relevant e-mail communications and calendar entries, in

their native electronic format, together with their original metadata.

**5.** As observed by the Court, in addressing *The Report*, submitted by Finanxial IT

Consulting Services (<u>See</u> *Id.*, at ***3***), GDB without incurring any further costs, is

capable making available the 32,074.02 megabytes of relevant e-mail

communications and calendar entries, for Finanxial IT Consulting to process.

**6.** Plaintiffs hereby urge the Court to take notice that the $35,000.00 cost of

processing estimated by Finanxial IT Consulting, starts with the effort expended

once the electronic media containing the 32,074.02 megabytes of relevant e-mail

communications and calendar entries is in Finanxial IT Consulting's hands.

Consequently, GDB does not claim any cost associated to producing and making

available the electronic media containing the 32,074.02 megabytes of relevant e-

mail communications and calendar entries.

**7.** Plaintiffs submit to the Court that Plaintiffs have their own capabilities to

process and extract the records of interest from the 32,074.02 megabytes of

relevant e-mail communications and calendar entries, contained in GDB Outlook

mailboxes, without further cost, burden or inconvenience on GDB.

**8.** Plaintiffs further submit to the Court that alternatively, there is a less drastic

solution to the wholesale denial of discovery, as set forth in **Doc. 237**, which is,

making the Outlook data files available to Plaintiffs, for them to search and

process at their own cost.

**WHEREBY**, for all of the above, Plaintiffs pray this Honorable Court:

**Take NOTICE** of all of the above;

**VACATE** Order as set forth in **Doc.# 237**;

**ORDER** GDB to produce its Outlook data files, as described above.

**Respectfully submitted in New York, New York, this 2nd day of January, 2010.**

/S/William Meléndez Menéndez
William Meléndez Menéndez
USDC-PR No. 226902

718.725.7387 **|** We.Melendez@e-Lex.us
Cuadros & Cuadros **|** 410 Park Avenue **|** New York, New York, 10022

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel for defendants and all other parties of interest.

/S/William Meléndez Menéndez
William Meléndez Menéndez

**3**