IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| VICKY RODRÍGUEZ TORRES, et al.<br>Plaintiffs<br><br>v.<br><br>Government Development Bank P.R., et al.<br>Defendants | **CIVIL No. 09-01151-JP**<br>Title VII, ADEA TORTS<br>TRIAL BY JURY |

## NOTICE OF APPEAL

**TO THE CLERK OF THE COURT**:

NOTICE is hereby given that Plaintiffs Vicky Rodríguez Torres, Luis Rafael Maldonado Vaillant, and their conjugal partnership, through the undersigned counsel, and pursuant to **28 U.S.C. § 1291**, appeal to the United States Court of Appeals for the First Circuit from:

1. ORDER dated 10/20/2009; Doc.# 186;
2. ORDER dated 10/26/2009; Doc.# 190;
3. ORDER dated 11/09/2009; Doc.# 207;
4. ORDER dated 11/18/2009; Doc.# 214;
5. ORDER dated 11/20/2009; Doc.# 218;
6. ORDER dated 12/09/2009; Doc.# 226;
7. ORDER dated 01/20/2010; Doc.# 237;
8. ORDER dated 02/05/2010; Doc.# 254;
9. ORDER dated 02/05/2010; Doc.# 255;
10. ORDER dated 02/19/2010; Doc.# 264;

**11.** ORDER dated 02/23/2010; Doc.# 266;

**12.** ORDER dated 02/23/2010; Doc.# 267.

Respectfully submitted in San Juan, Puerto Rico, this 9th day of March, 2010.

S/William Meléndez-Menéndez
William Meléndez-Menéndez
USDC-PR No. 226902

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel for defendants and all other parties of interest.

S/William Meléndez-Menéndez

William E. Meléndez | We.Melendez@e-Lex.us |718.725.7387
410 Park Avenue | New York, NY 10022
Cuadros & Cuadros | 701 Ponce de León Ave. Suite 215 | San Juan, Puerto Rico 00907