IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| VICKY RODRÍGUEZ TORRES, et al.<br>Plaintiffs<br>v.<br>Government Development Bank P.R., et al.<br>Defendants | **CIVIL No. 09-01151-JP**<br><br>Title VII, ADEA TORTS<br>TRIAL BY JURY |

### NOTICE OF APPEAL

**TO THE CLERK OF THE COURT**:

NOTICE is hereby given that all Plaintiffs, through the undersigned counsel, and pursuant to **28 U.S.C. § 1291**, appeal to the United States Court of Appeals for the First Circuit from: ORDER dated 04/12/2010; Doc.# 278.

Respectfully submitted in San Juan, Puerto Rico, this 10th day of May, 2010.

S/William Meléndez-Menéndez
William Meléndez-Menéndez
USDC-PR No. 226902

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel for defendants and all other parties of interest.

S/William Meléndez-Menéndez

William E. Meléndez | We.Melendez@e-Lex.us | 718.725.7387
410 Park Avenue | New York, NY 10022