# United States Court of Appeals
## For the First Circuit

_____

No.   10-1709

VICKY RODRÍGUEZ-TORRES, ET AL.,

Plaintiffs, Appellants,

v.

GOVERNMENT DEVELOPMENT BANK OF PR, ET AL.,

Defendants, Appellees,
_____

ABC INSURANCE CO., ET AL.,

Defendants.

No.   10-1713

CONJUGAL PARTNERSHIP MALDONADO-RODRÍGUEZ, ET AL.,

Plaintiffs,
_____

MIGUEL A. CUARDROS-PESQUERA, ET AL.,

Appellants,

v.

GOVERNMENT DEVELOPMENT BANK OF PR., ET AL.

Defendants, Appellees.
_____

ABC INSURANCE CO., ET AL.,

Defendants.
_____

Before

Lynch, <u>Chief Judge</u>,
Boudin and Thompson, <u>Circuit Judges</u>.

---

JUDGMENT

Entered:  February 1, 2011

The district court has vacated the attorneys' fees order being challenged in these appeals. Accordingly, these appeals are dismissed as moot.

Plaintiffs' motion to consolidate these appeals with Appeal No. 10-1441 is denied as moot.

By the Court:


<u>/s/ Margaret Carter, Clerk.</u>


cc:
Berrios-Berrios, Erika
Colon-Rivera, Frances
Cuadros-Pesquera, Miguel A.
Hernandez-Venegas, Lourdes C.
Melendez-Menendez, William E.
Rexach, Mariela