# United States Court of Appeals
## For the First Circuit

No. 10-1713

LUIS R. MALDONADO-VAILLANT; VICKY RODRIGUEZ-TORRES, CONJUGAL PARTNERSHIP MALDONADO-RODRIGUEZ

Plaintiffs

MIGUEL A. CUADROS-PESQUERA; WILLIAM E. MELENDEZ-MENENDEZ

Appellants

v.

GOVERNMENT DEVELOPMENT BANK OF PUERTO RICO; JAVIER RAMOS-LUINA; ANGEL PEREZ-RIVERA; ENID LOPEZ-LOPEZ; JORGE IRIZARRY-HERRANS; LUIS I. ALFARO-MARTINEZ; MARINE COMAS-TORRES; NAPHIS TORRES-PADRO; EDGARDO RODRIGUEZ-NIEVES

Defendants - Appellees

ABC INSURANCE COMPANY; CHARTIS INSURANCE COMPANY

Defendants

**MANDATE**

Entered: February 24, 2011

In accordance with the judgment of February 1, 2011, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.


By the Court

/s/ Margaret Carter, Clerk

cc:
Erika Berrios-Berrios
Frances R. Colon Rivera
Miguel A. Cuadros-Pesquera
William E. Melendez-Menendez
Mariela Rexach