**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| VICKY RODRÍGUEZ TORRES, et al. | CIVIL No. 09-01151-JAF |
| Plaintiffs | |
| v. | TITLE VII AGE & GENDER DISCRIMINATION, TORTS |
| Government Development Bank P.R., et al. | TRIAL BY JURY |
| Defendants | |

**OPPOSITION TO WRIT OF EXECUTION ECF NO. 321**

**TO THE HONORABLE COURT:**

Now comes Miguel Cuadros, in opposition to GOVERNMENT DEVELOPMENT BANK OF P.R.'s *Motion requesting entry of order for Writ of Execution*, **ECF No. 321**, as follows:

1. At the outset, it must be noted that this Court's order granting attorney fees in the instant proceeding on <u>March 27th 2012</u>, **ECF No. 315**, contains no language imposing the payment of fees and expenses on counsel. Said order merely reinstates its order issued pursuant to **ECF No. 278**, on <u>April 10th 2010</u>.

2. On the other hand, **ECF No. 278** merely stated: *"The Court hereby GRANTS the motion for attorneys' fees. **Plaintiffs** are hereby ORDERED to pay Defendants $41,416.25 . . ."* [emphasis added] There is no language imposing the payment of fees and expenses on counsel. In said order only the actual parties are identified and referred to as *"**plaintiffs**"*. The undersigned was not joined or referred to as *"**plaintiff**"* in any other motion or Court order throughout the instant litigation.



1

**3.** Consequently, the undersigned has never been, and currently is not, liable to the moving party for any imposition of attorney fees upon the represented party.

**WHEREBY,** for all of the above, the undersigned prays this Honorable Court **DISMISS** GOVERNMENT DEVELOPMENT BANK OF P.R.'s *Motion requesting entry of order for Writ of Execution,* **ECF No. 321.**

December 21st 2012

**Miguel Cuadros**
Plantation at Lenox
3 Plantation Drive NE #B
Atlanta, GA 30324-2935

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the Clerk of the Court will file the foregoing using the CM/ECF system which will send notification of such filing to all parties in interest.

2