January 9, 2013

To the Honorable Jose A. Fuste
Judge, US District Court of PR

Re:   Civil No: 09-1151
      Vicky Rodriguez Torres, *ET AL*. Plaintiffs
      Government Development Bank for PR, *ET Al*. Defendants

We address this Honorable Court and pray for help in order to comply with the Defendants First Set of Post Judgment Interrogatories received in the captioned case.

We do not know how to reply to these interrogatories inasmuch as we do not have legal representation or the financial resources to contract counsel. Attorneys Miguel Cuadros and William Melendez were disbarred from this Court for a certain time period and were prohibited to represent us. Our last communication with them was as of April 2012 and as of today we do not know if they continue as our legal representatives in this case.

Also we wish to inform this Honorable Court that we are concerned with the fact that according to the Interrogatories received, depositions will be held in the near future without legal representation by our side.

We pray this Honorable Court for help in this matter.

Vicky Rodriguez Torres
650 Sergio Cuevas Apt 1911
San Juan, PR 00918
(787) 312-0928


Luis R. Maldonado Vaillant
650 Sergio Cuevas Apt 1911
San Juan, PR 00918
(787) 376-5696